**07 CV 6193**

JUDGE KOELTL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Born To Rock Design Incorporated,<br><br>                      Plaintiff,<br><br>   v.<br><br>BigTime TV Limited,<br><br>                      Defendant. | **RULE 7.1 STATEMENT**<br><br>Civil Action No.  |

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR PLAINTIFF Born To Rock Design Incorporated (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THERE ARE NO PUBLICLY HELD CORPORATIONS WHICH OWN 10% OR MORE OF ITS STOCK; AND THERE ARE NO PARENT CORPORATIONS.

Dated: July 3, 2007

Respectfully submitted,
R. KUNSTADT, P.C.

By: _____
Robert M. Kunstadt (RK-7230)
Ilaria Maggioni (IM-7220)
729 Seventh Avenue
New York, New York 10019
(212) 398-8881

Attorneys for Plaintiff