%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Born To Rock Design Incorporated,
   Plaintiff,

v.

BigTime TV Limited,
   Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6193

JUDGE KOELTL

TO: (Name and address of Defendant)

BigTime TV Limited
Grampian House, Meridian Gate
205 Marsh Wall
London, UK E14 9YT

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert M. Kunstadt, Esq.
R. KUNSTADT, P.C.
729 Seventh Avenue, 14th Floor
NY, NY 10019

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

*[signature]*
By) DEPUTY CLERK

DATE: JUL 03 2007

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 30th JULY 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ERNEST SCHNEIDER | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ✓ BIGTIME TV LIMITED GRAMPIAN HOUSE, MERIDIAN GATE 205 MARSH WALL, LONDON E14 9YT

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: IAN SPIRO

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ✓ 30th JULY 2007    ✓ [signature]
                Date              Signature of Server

✓ LONDON
   PLACE

                              Ernest Schneider
                              Solicitor of the Supreme Court

                              18 North Tenter Street
                              London E1 8DL
   Address of Server

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.