USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Born To Rock Design Incorporated,

Plaintiff,

v.

BigTime TV Limited,

Defendant.

Civil Action No. 07-6193
(JGK) (THK)

ECF Case

## STIPULATION SETTING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Plaintiff Born To Rock Design Incorporated and defendant BigTime TV Limited, through their attorneys, hereby stipulate and agree, subject to approval of the Court:

1. Defendant contends that service of the Complaint filed in the above-captioned action has not been properly effectuated. Plaintiff disputes Defendant's contention.

2. In order to resolve the Parties' disagreement with respect to service, Defendant accepts service of process effective as of August 29, 2007, and agrees not to contest same.

3. Defendant requests that its deadline to answer, move or otherwise plead in response to the Complaint (reserving its right to assert lack of personal and/or subject-matter jurisdiction) be set for November 27, 2007.

4.  Plaintiff does not oppose defendant's request set forth in paragraph 3.

Plaintiff's agreement in this respect (having been provided as a courtesy to

defendant and its counsel) shall not be offered against plaintiff by defendant

to urge that plaintiff is not entitled to relief or is not entitled to relief as to which

urgency is a condition.

Dated: September 19, 2007

Respectfully submitted,
R. KUNSTADT, P.C.

By: _____
Robert M. Kunstadt (RK-7230)
Ilaria Maggioni (IM-7220)
729 Seventh Avenue
New York, New York 10019
(212) 398-8881
Fax: (212) 398-2922

Attorneys for Plaintiff

Dated: September 20, 2007

Respectfully submitted,
DUANE MORRIS LLP

By: _____
Gregory P. Gulia (GG 4215)
Vanessa Hew (VH 4617)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant

**SO ORDERED:**

**Time to answer, move or otherwise plead in response to Complaint granted
to _____11/ 27_____, 2007.**

Dated: New York, New York
September ____, 2007
October 2,

_____
John G. Koeltl
United States District Judge

2