DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036
(212) 692-1000

Attorneys for Defendant/ Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BORN TO ROCK DESIGN INC.                    :

                    Plaintiff,   :   Civil Action No. 07-CV-6193 (JGK)(THK)

     -against-                                 :

BIGTIME TV, LTD.                            :   **RULE 7.1 DISCLOSURE STATEMENT**

                    Defendant.   :   ECF CASE

-----------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, BigTime TV, Ltd., (a private non-governmental corporate party), certifies that it is a privately held company with no parent corporation and that no publicly held corporation owns 10% or more of its stock.

                                                  Respectfully submitted,

                                                  DUANE MORRIS LLP

Dated:    December 11, 2007                  By: _____

                                                  Gregory P. Gulia
                                                  Vanessa C. Hew
                                                  1540 Broadway
                                                  New York, New York  10036
                                                  (212) 692-1000

                                                  Attorneys for Defendant/Counterclaim Plaintiff
                                                  BigTime TV, Ltd.

DM1\1231454.1