EXHIBIT A

## R. Kunstadt, P.C.

| | |
|---|---|
| From: | "R. Kunstadt, P.C." <mail@rkunstadtpc.com> |
| To: | <paul@drpartners.com> |
| Cc: | <GPGulia@duanemorris.com> |
| Sent: | Tuesday, January 15, 2008 7:20 AM |
| Subject: | bigtime tv limited |

dear mr. appleton:

this refers to yr liquidation of the company:

BIGTIME TV LIMITED
1ST FLOOR
26-28 BEDFORD ROW
HOLBORN
LONDON WC1R 4HE
Company No. 04729317

we represent BORN TO ROCK DESIGN INCORPORATED, plaintiff in a lawsuit pending in new york federal court; as well as opposer in a suspended proceeding at the european community trademark office. i am also the president of the plaintiff company BORN TO ROCK DESIGN INCORPORATED.

first notice of your liquidation proceeding was just now received by phone from opposing counsel in ny. kindly insure that all notices concerning yr liquidation activities, are sent to our attention. also, pls let us have any and all notices, accounts and reports rendered by you to creditors to date. our contact information is at our website, www.RKunstadtPC.com.

we would further appreciate yr immediate assurance that no steps will be taken by you to prejudice the rights of BORN TO ROCK DESIGN INCORPORATED to potential recovery in connection with the mentioned lawsuit, in which a court conference is presently set for JANUARY 24, 2008 in new york. in particular, that any assets such as the domain name borntorock.tv, and the pending european community trademark application for BORN TO ROCK, will not be dissipated pendente lite in any effort to obstruct adjudication of the parties' legal rights and remedies in due course.

in this connection, we now today first see mr. spero's published intention to continue to use the same company name for another entity (copy enclosed)(no copy of such notice had been provided by mail; the enclosure comes from the online gazette). hence, grounds arise for concern that a plan may be afoot to strip the company of assets, while attempting to continue its infringing business in the guise of a "phoenix company". we trust that yr office would in no way facilitate such a plan and will appreciate yr prompt assurance as requested (and well in advance of JANUARY 24th).

we also have been given to understand by opposing ny counsel mr. gulia, that the tortious activity subject of the pending lawsuit is covered by insurance. kindly let us have a copy of the insurance policy. also, pls confirm that if such coverage exists, premiums will continue to be paid as necessary to maintain it in force for the benefit of creditors.

additionally, pls let us know if the defendant company in ny has selected new counsel, or if it will continue to be represented in ny by its current counsel mr. gulia.

on the other hand, it is possible that the liquidation being undertaken by you of BIGTIME TV LIMITED

EXHIBIT
___A___
1/17/2008

need have no effect on the proceedings in ny, in that perhaps in accordance w/ mr. spero's published notice, all you will do is effectively to fold one of two closely-related entities into the other (pls see excerpts from companies register, enclosed). in that event, the litigation may continue on track in ny against the surviving entity BIGTIME TV HOLDINGS LIMITED (which indeed may have been the company served with process and identified in the complaint by general description)(any doubt as to defendant's exact identity was caused by defendant itself, who demonstrably traded under variations in name). if that is the plan, pls let us know so that we may duly inform the ny court at the hearing next week. the rules for amendments are liberal in the ny courts, especially at this early stage of the proceedings; the case caption can be amended to recite the defendant's name more accurately, if necessary. that simple step would not constitute any reason to delay the ny proceedings or postpone next week's ny hearing.

we look forward to the requested information and assurances by return. thank you.

regards,
robert m. kunstadt
managing attorney
www.RKunstadtPC.com

cc: g. gulia, esq.

enc. follows (scroll down):

--------------------
Date:
3 December 2007
Issue Number:
58530
Page number:
17517

Publication Date: Monday, 3 December 2007
Notice Code: 2301

NOTICE TO THE CREDITORS OF AN INSOLVENT COMPANY OF THE RE-USE OF A PROHIBITED NAME

BIGTIME TV LIMITED

(In Liquidation)

Registered Number 04729317

On 28 November 2007 the above-named Company went into insolvent liquidation. I, Ian Spero, of Grampian House, Meridian Gate, Marshwall, London E14 9YT, was a Director of the above-named Company during the 12 months ending with the day before it went into liquidation.

I give notice that it is my intention to act in one or more of the ways to which section 216(3) of the Insolvency Act 1986 would apply in connection with, or for the purposes of, the carrying on of the whole or substantially the whole of the business of the above-named Company under the name of Bigtime TV Holdings Limited.

I Spero

28 November 2007.

http://www.gazettes-online.co.uk/ViewGazetteDocument.aspx?src=search&atdocid=4647008&pg=1&GeoType=London&st=basic&all=bigtime

----------------

Name & Registered Office:
BIGTIME TV HOLDINGS LIMITED
GRAMPIAN HOUSE, MERIDIAN GATE
205 MARSHWALL
DOCKLANDS
LONDON E14 9YT
Company No. 05202758

Status: Active Date of Incorporation: 10/08/2004
Country of Origin: United Kingdom
Company Type: Private Limited Company
Nature of Business (SIC(03)):7499 - Non-trading company
Accounting Reference Date: 31/08
Last Accounts Made Up To: 31/08/2006  (DORMANT)
Next Accounts Due: 30/06/2008
Last Return Made Up To: 10/08/2006
Next Return Due: 07/09/2007 OVERDUE
Last Members List: 10/08/2006


Name & Registered Office:
BIGTIME TV LIMITED
1ST FLOOR
26-28 BEDFORD ROW
HOLBORN
LONDON WC1R 4HE
Company No. 04729317

Status: Liquidation Date of Incorporation: 10/04/2003
Country of Origin: United Kingdom
Company Type: Private Limited Company
Nature of Business (SIC(03)):7487 - Other business activities
Accounting Reference Date: 30/04
Last Accounts Made Up To: 30/04/2006  (TOTAL EXEMPTION SMALL)
Next Accounts Due: 29/02/2008
Last Return Made Up To: 10/04/2007
Next Return Due: 08/05/2008

1/17/2008

Last Members List: 10/04/2007
Insolvency History
Previous Names:
Date of change Previous Name
28/06/2004 SPEED 9602 LIMITED

1/17/2008