UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Born To Rock Design Incorporated

                              Plaintiff,

                -against-

BigTime TV, LTD

                              Defendant.

07 CIVIL 6193 (JGK)(THK)

-------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Robert M. Kunstadt__

☑ **Attorney**

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __RK-7230__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ **Address:** 875 Sixth Avenue, Suite 1800, New York, NY 10001

☐ **Telephone Number:** _____

☐ **Fax Number:** _____

☐ **E-Mail Address:** _____

Dated: 3/11/2008