UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Born To Rock Design Incorporated

                      Plaintiff,

                                          07 CIVIL 6193 (JGK)(THK)

        -against-

BigTime TV, LTD

                      Defendant.
-----------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Robert M. Kunstadt__

☑ **Attorney**

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __RK-7230__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ **Address:** __875 Sixth Avenue, Suite 1800, New York, NY 10001__

☐ **Telephone Number:** _____

☐ **Fax Number:** _____

☐ **E-Mail Address:** _____

Dated: __3/11/2008__      _[signature]_