# R. KUNSTADT 

875 Sixth Avenue, Suite 1800, New York, NY 10001
Phone 212-398-8881  Fax 212-398-2922

Our Ref: 4929-040-999.1 EEB

April 14, 2008 - By Fax (212 805-7912)

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: Born To Rock Design Incorporated v. BigTime TV Limited (Civil Action No. 07-6193 (JGK) (THK))*

Dear Judge Koeltl:

We represent Plaintiff Born To Rock Design Incorporated.

On March 14, 2008 Defendant's attorney communicated to the Court that the parties reached a settlement in principle and are in the process of drafting a settlement agreement. By Order signed March 18, 2008, the Court ordered that this matter be discontinued with prejudice but without costs, provided that within 30 days of the date of the Order, Plaintiff may apply for restoration of the action.

The deadline to apply for restoration is **APRIL 17, 2008**. The parties are still in the process of negotiating settlement. Since Defendant is undergoing liquidation procedures in England, during negotiations Defendant's liquidator stated that settlement of this action needs to be approved under such procedures. Plaintiff provided a settlement draft to Defendant's U.S. attorneys, who indicated that it has been forwarded to the U.K. liquidator Mr. Appleton. Plaintiff is waiting to hear from Defendant.

Hence, Plaintiff's respectfully requests the Court to grant an additional term of 30-days to permit the parties to continue negotiations and finalize settlement; and to permit Plaintiff to apply for restoration of the action to the calendar of the Court at the end of the additional 30-day period, if settlement is not reached by then.

We thank the Court for its assistance in this matter.

Respectfully submitted,

Ilaria Maggioni (IM-7220)
Attorney for Plaintiff

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.
4/14/08

Cc:   Gregory Gulia, Esq. (Attorney for Defendant by fax)
      Vanessa Hew, Esq. (Attorney for Defendant by fax)