# R. KUNSTADT,

875 Sixth Avenue, Suite 1800, New York, NY 10001
Phone 212-398-8881  Fax 212-398-2922

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

Our Ref: 4929-040-999.1 EEB

May 8, 2008 - By Fax (212 805-7912)



RECEIVED
MAY 0 9 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: Born To Rock Design Incorporated v. BigTime TV Limited (Civil Action No. 07-6193 (JGK) (THK))*

Dear Judge Koeltl:

We represent Plaintiff Born To Rock Design Incorporated.

On March 14, 2008 Defendant's attorney communicated to the Court that the parties reached a settlement in principle. By Order signed March 18, 2008, the Court discontinued this matter with prejudice but without costs, provided that within 30 days of the date of the Order, Plaintiff may apply for restoration of the action.

The initial deadline to apply for restoration was April 17, 2008, and upon our request, an additional 30-day term was granted by the Court by endorsed letter of April 14, 2008, so the current deadline is **MAY 19, 2008**.

Defendant is undergoing liquidation procedures in England. Settlement negotiations took place with Defendant's U.S. attorneys and the U.K. liquidator Mr. Appelton (on the assumption that Mr. Appleton was empowered to settle the action, which is why a settlement in principle was reported to the Court). Plaintiff is still waiting to hear from Defendant about a draft settlement provided to Defendant on April 3, 2008. Meanwhile, with Defendant's attorneys' approval, Defendant's manager Mr. Ian Spero contacted Plaintiff's president Mr. Kunstadt. Mr. Spero's position may not be aligned with Defendant's liquidator's settlement position. Plaintiff has not heard from Defendant's side since that conversation.

APPLICATION GRANTED
SO ORDERED
5/9/08
John G. Koeltl, U.S.D.J.

Honorable John G. Koeltl
05/08/08
Page 2

Hence, Plaintiff respectfully requests the Court to grant an additional term of 30-days (to and including June 18, 2008) to permit the parties to continue settlement negotiations; and to permit Plaintiff to apply for restoration of the action to the calendar of the Court at the end of the additional 30-day period, if settlement is not reached by then.

We thank the Court for its continued assistance in this matter.


Respectfully submitted,

*[signature]*

Ilaria Maggioni (IM-7220)
Attorney for Plaintiff

Cc:  Gregory Gulia, Esq. (Attorney for Defendant by fax)
     Vanessa Hew, Esq. (Attorney for Defendant by fax)