# MEMO ENDORSED

# R. KUNSTADT, P.C.

875 Sixth Avenue, Suite 1800, New York, NY 10001
Phone 212-398-8881  Fax 212-398-2922

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

Our Ref: 4929-040-999.1

June 12, 2008 - By Fax (212 805-7912)

JUN 1 3 2008

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: Born To Rock Design Incorporated v. BigTime TV Limited (Civil Action No. 07-6193 (JGK) (THK))*

Dear Judge Koeltl:

We represent Plaintiff Born To Rock Design Incorporated.

Pursuant to the Court's Order signed March 18, 2008, Plaintiff hereby applies for restoration of the action to the active calendar of the Court. This request is timely since the current deadline to apply for restoration is **JUNE 18, 2008**.

The Court discontinued this action based on the parties' report that settlement had been reached in principle between Plaintiff and Defendant's U.K. liquidator Mr. Appleton. That report was made on the assumption that Mr. Appleton was empowered to settle the action. Plaintiff provided a draft settlement agreement (reflecting agreed settlement terms) to Defendant on April 3, 2008.

The initial deadline April 17, 2008 to apply for restoration has been twice extended but Plaintiff is still waiting to hear from Defendant about the draft settlement provided to Defendant.

On May 30th, Plaintiff wrote to Defendant's attorney Greg Gulia, Esq. to inquire about prospects to finalize the draft settlement. On June 3, 2008, Mr. Gulia told Mr. Kunstadt by phone that he was going to check. Plaintiff has not heard from Defendant since that conversation.

Hence, Plaintiff respectfully requests the Court to restore this action to the active calendar of the Court so the case may proceed.

*[Handwritten endorsement:] This case is restored to the Calendar. The parties shall appear for a Conference on June 26, 2008 at 4:30 P.M.*

*So Ordered*
*6/13/08  John G. Koeltl, U.S.D.J.*

Honorable John G. Koeltl
06/12/08
Page 2

The present status is that a date needs to be set for a pretrial conference. Plaintiff already filed and served its Report and Discovery Plan Pursuant to Rule 26(f) on January 17, 2008. Plaintiff respectfully requests that at the pretrial conference the Court enter the Protective Order and the case and discovery schedule submitted in Plaintiff's Discovery Plan.

We thank the Court for its continued assistance in this matter.


Respectfully submitted,

*[signature]*

Ilaria Maggioni (IM-7220)
Attorney for Plaintiff

Cc: Gregory Gulia, Esq. (Attorney for Defendant - by fax) (212 692-1020)
    Vanessa Hew, Esq. (Attorney for Defendant - by fax) (212 692-1020)
    Robert M. Kunstadt, Esq.