# R. KUNSTADT, P

875 Sixth Avenue, Suite 1800, New York, NY 10001
Phone 212-398-8881   Fax 212-398-2922

Our Ref: 4929-040-999.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-11-08

July 11, 2008 - By Fax (212 805-7912)

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

7/11/08   John G. Koeltl, U.S.D.J.

Re: *Born To Rock Design Incorporated v. BigTime TV Limited* (Civil Action No. 07-6193 (JGK) (THK))

Dear Judge Koeltl:

We represent Plaintiff Born To Rock Design Incorporated.

Pursuant to the Court's Order signed June 26, 2008, the parties hereby jointly submit a Protective Order for the Court's approval and entry. Both parties agree to this form and jointly request that the Court enter it. As required by the ECF Guidelines, we will email a copy of the proposed order to the Court Clerk (in WORD format). Please let us know if chambers would like to receive an electronic copy as well.

The parties resumed settlement discussions and are working on a compromise draft to resolve the outstanding issues. In order to conserve limited resources and focus on finalizing settlement, the parties jointly request to postpone the deadline to exchange their Rule 26 Initial Disclosures (July 11, 2008) by one week to JULY 18, 2008, on the expectation that this matter may be settled shortly.

Respectfully submitted,

Ilaria Maggioni (IM-7220)
Attorney for Plaintiff

Enc.

Cc (w/enc.):   Gregory Gulia, Esq. (Attorney for Defendant - by email)
              Vanessa Hew, Esq. (Attorney for Defendant - by email)
              Robert M. Kunstadt, Esq.