# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

VANESSSA C. HEW
DIRECT DIAL: 212-692-1062
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

July 18, 2008

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2008**

**BY FAX (212) 805-7912**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
Room 1030
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

7/18/08

Re: **Born To Rock Design, Inc. v. BigTime TV Ltd. (Civil Action No. 07 Civ 6193) (JGK) (THK)**

Dear Judge Koeltl:

We submit this letter to advise the Court that the parties are in the process of conducting settlement discussions. Although the parties are working to resolve the outstanding settlement issues, the parties have not been able to finalize the settlement agreement in connection with this matter. However, the parties anticipate that the settlement agreement will be finalized shortly.

Accordingly, to conserve resources and focus on the remaining settlement issues, the parties jointly request that the deadline for the parties to exchange their Rule 26 Initial Disclosures—currently set for July 18, 2008—be extended for one week to July 25, 2008, on the expectation that this matter may be resolved shortly.

Thank you for your consideration of this request.

Respectfully submitted,

Vanessa C. Hew

Vanessa C. Hew, Esq.

cc: Robert M. Kunstadt, Esq. (counsel for Plaintiff by fax)
Ilaria Maggioni, Esq. (counsel for Plaintiff by fax)
Gregory P. Gulia, Esq.

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036            PHONE: 212.692.1000   FAX: 212.692.1020