# R. KUNSTADT, P.C.

875 Sixth Avenue, Suite 1800, New York, NY 10001
Phone 212-398-8881 Fax 212-398-2922

Our Ref: 4929-040-999.1

September 2, 2008 - BY FAX ((212) 805-7912)

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-03-08
```

Re: Born To Rock Design Incorporated v. BigTime TV Limited (SDNY Civil Action No. 07-6193 (JGK) (THK))

Dear Judge Koeltl:

We represent Born To Rock Design Incorporated in the captioned case.

Pursuant to the Court Order signed June 26, 2008 and before the deadline SEPTEMBER 5, 2008, BTR requests the Court to refer this matter to the Magistrate Judge to set up a settlement conference.

After agreeing (through its attorneys) to execute a finalized settlement draft on August 7, defendant BigTime TV has not executed the agreement, or provided any explanations. BTR left phone messages for BigTime TV's attorneys on August 22, 25, 26, 27, wrote a follow-up email on August 28 and left another phone message on August 29. There was no response until September 2 when defendant's attorney Ms. Hew stated she would contact defendant's liquidator and its former director Mr. Spero to inquire on the status of settlement.

BTR considers that a conference before the Magistrate Judge would be very helpful to promote resolution of the matter at this time, since the Magistrate Judge will be better able to determine why defendant has not yet executed the agreed settlement document, if it still intends to do so, and when. The parties's principals (not just their attorneys) need to be required to attend the conference either in person or by telephone.



*The case will be referred to Magistrate Judge Katz for settlement. The dates to add new parties and advise the Court as to consent to trial before the Magistrate Judge are stayed, and the Magistrate Judge can establish new dates. No other dates are stayed.*
*So ordered*
*9/3/08* *[signature] U.S.D.J.*



Honorable John G. Koeltl
09/02/08
p. 2

In view of this request, BTR further requests the Court to postpone the deadlines (also SEPTEMBER 5, 2008) to add parties and to notify the Court if the parties consent to trial before the Magistrate Judge, until after the settlement conference.

We thank the Court for its continued assistance in this matter.

Respectfully submitted,

*[signature]*
Robert M. Kunstadt (RK-7230)
Ilaria Maggioni (IM-7220)

Cc:   Greg Gulia, Esq. (Attorney for Defendant - By Fax)
      Vanessa Hew, Esq. (Attorney for Defendant - By Fax)